1  COUNSEL LISTED ON SIGNATURE PAGE

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | DR. DAVID KANNAR,              ) Case No. 08-cv-05505 MMC
                                    )
12 |         Plaintiff,             ) **STIPULATION AND [PROPOSED] ORDER**
                                    ) **REQUESTING CONTINUANCE OF**
13 |    vs.                         ) **HEARING DATE AND CONTINUANCE OF**
                                    ) **DATE FOR INITIAL CASE**
14 | ALTICOR, INC., AMWAY CORP., QUIXTAR, ) **MANAGEMENT CONFERENCE**
     ACCESS BUSINESS GROUP LLC,     )
15 | NUTRILITE,                     )
                                    ) Motion Hearing Date: March 6, 2009
16 |         Defendant.             ) Time: 9:00 a.m.
                                    )
17                                  )
                                    ) CMC Date: March 27, 2009
18                                  ) Time: 10:30 a.m.
                                    )
19                                  ) Courtroom: 7, 19th Floor
                                    ) Judge: Honorable Maxine M. Chesney
20                                  )
                                    )
21                                  )

22

23

24

25

26

27

28

Stipulation and [Proposed] Order Re Continuance of
Hearing Date and CMC
Case No. 08-cv-05505 MMC

DM_US:21914217_1

1    WHEREAS, Defendants Alticor, Inc., Amway Corp., Quixtar and Access Business Group LLC
2 (the "Defendants") filed with this Court a Motion to Transfer Venue to the Western District of
3 Michigan on January 30, 2009, with a noticed hearing date of March 6, 2009 (Doc. No. 11);

4    WHEREAS, Plaintiff, Dr. David Kannar, is today filing an Opposition to the Defendants'
5 Motion and in the alternative, his own Cross-Motion to Transfer Venue to the Central District of
6 California on February 13, 2009, with a noticed hearing date of March 20, 2009;

7    WHEREAS, the two motions relate to the same issue and therefore should be heard by this
8 Court at the same time;

9    WHEREAS, Civil Local Rule 7-7(b)(1) of this Court provides that the parties may continue a
10 hearing date upon stipulation of the parties;

11    WHEREAS, this Court has scheduled the Initial Case Management Conference in this matter
12 for March 27, 2009;

13    WHEREAS, good cause exists for rescheduling the Initial Case Management Conference under
14 Civil Local Rule 16-2(e) because it would be waste of judicial resources for this Court to conduct the
15 conference while Defendants' Motion and Plaintiff's alternative Cross-Motion remain pending;

16    WHEREFORE, the parties hereby stipulate and jointly request that the hearing presently
17 scheduled for March 6, 2009, at 9:00 a.m. on Defendants' Motion to Transfer Venue to the Western
18 District of Michigan (Doc. No. 11) to be continued to March 20, 2009, at 9:00 a.m., to be heard
19 together with Plaintiff's Cross-Motion; and

20    The parties further stipulate and jointly request that the Initial Case Management Conference,
21 presently scheduled for March 27, 2009, at 10:30 a.m. be continued until such date as the Court may
22 choose, after having ruled on the parties' Motions relating to the transfer of venue.

Stipulation and [Proposed] Order Re Continuance of Hearing Date and CMC
Case No. 08-cv-05505 MMC

-2-

DM_US:21914217_1

| | | |
|---|---|---|
| 1 | Dated:  February 13, 2009 | HOWREY LLP |
| 2 | | |
| 3 | |    /s/ Paul Alexander<br>Paul Alexander |
| 4 | | |
| 5 | | PAUL ALEXANDER (SBN 49997)<br>E-mail: alexanderp@howrey.com |
| 6 | | HENRY C. SU (SBN 211202)<br>E-mail: suh@howrey.com |
| 7 | | SARA E. JENKINS (SBN 230097)<br>E-mail: jenkinss@howrey.com |
| 8 | | HOWREY LLP<br>1950 University Avenue, 4th Floor |
| 9 | | East Palo Alto, CA 94303<br>Telephone:  (650) 798-3500 |
| 10 | | Facsimile:  (650) 798-3600 |
| 11 | | Attorneys for Plaintiff |
| 12 | | DR. DAVID KANNAR |
| 13 | Dated:  February 13, 2009 | BRINKS HOFER GILSON & LIONE |
| 14 | | |
| 15 | |    /s/ Robert S. Mallin<br>Robert. S. Mallin |
| 16 | | |
| 17 | | ROBERT S. MALLIN<br>E-mail: rmallin@brinkshofer.com |
| 18 | | BRYAN J. LEITENBERGER<br>E-mail: bleitenberger@brinkshofer.com |
| 19 | | BRINKS HOFER GILSON & LIONE<br>NBC Tower - Suite 3600 |
| 20 | | 455 N. Cityfront Plaza Drive |
| 21 | | Chicago, Illinois 60611<br>Telephone: (312) 321-4200 |
| 22 | | Facsimile: (312) 321-4299 |

Stipulation and [Proposed] Order Re Continuance of Hearing Date and CMC
Case No. 08-cv-05505 MMC

-3-

DM_US:21914217_1

| | |
|---|---|
| 1 | JASON R. BARTLETT (CA SBN 214530) |
| 2 | E-mail: jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP |
| 3 | 425 Market Street<br>San Francisco, California 94105 |
| 4 | Telephone: (415) 268-6615<br>Facsimile: (415) 268-7522 |
| 5 | |
| 6 | Attorneys for Defendants<br>ALTICOR, INC., AMWAY CORP., QUIXTAR, |
| 7 | ACCESS BUSINESS GROUP LLC |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and [Proposed] Order Re Continuance of
Hearing Date and CMC
Case No. 08-cv-05505 MMC

-4-

DM_US:21914217_1

1  **Filer's attestation**: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury
2  that concurrence in the filing of the document has been obtained from each of its signatories.
3  Dated:  February 13, 2009                                HOWREY LLP

                                                            /s/ Paul Alexander
                                                            Paul Alexander
                                                            Attorneys for Plaintiff
                                                            DR. DAVID KANNAR

11  PURSUANT TO STIPULATION, IT IS SO ORDERED., with the exception that, in light of the Court's calendar, the hearing on both motions is continued to April 10, 2009.  Further, the Case Management Conference is continued to May 29, 2009.

13  Date: February 24, 2009                    BY: /s/ Maxine M. Chesney
                                               HONORABLE MAXINE M. CHESNEY
                                               UNITED STATES DISTRICT JUDGE