ORIGINAL

MAR 20 PM 2:47

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dr. David Kannar | **CASE NO.** CV-08-5505 MMC |
| Plaintiff, | ~~(Proposed)~~ |
| v. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** |
| Alticor, Inc., Amway Corp., Quixtar, Access Business Group LLC, Nutrilite | *PRO HAC VICE* |
| Defendant. | |

Robert S. Mallin                                    , whose business address and telephone number is

Brinks Hofer Gilson & Lione, NBC Tower, Suite 3600, 455 North Cityfront Plaza Drive, Chicago, IL  60611-5599, Tel: 312.321.4221 Fax: 312.321.4299

and who is an active member in good standing of the bar of  Illinois

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing   the Defendants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: March 24, 2009

Maxine M. Chesney
United States District       Judge

United States District Court
For the Northern District of California